UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:09-CR-00107(01)RM |
| ) | |
| CHRISTINA L. ROBBINS ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on August 26, 2009 [Doc. No. 6]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Christina Robbin's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. § 1341.

SO ORDERED.

ENTERED:  September 17, 2009

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court